**In the Matter of the ESTATE OF Laird M. WOLFE, Deceased.**

**Appeal of Linda D. Wolfe.**

Supreme Court of Pennsylvania.

Argued Sept. 8, 2008.
Decided Jan. 22, 2009.

David Matthew Gulnac, Esq., for Linda D. Wolfe.

Louis C. Alvin, Esq., Pittsburgh, for Eva J. Allen.

BEFORE: CASTILLE, C.J., and SAYLOR, EAKIN, BAER, TODD, McCAFFERY and GREENSPAN, JJ.

## ORDER

PER CURIAM.

The appeal is dismissed as having been **IMPROVIDENTLY GRANTED.**